UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RALPH SAUNDERS | CIVIL ACTION |
| VERSUS | NO:  06-7990-LMA-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that defendant's cross-motion for summary judgment (Rec. doc. 10) is GRANTED and plaintiff's motion for summary judgment (Rec. doc. 9) is DENIED.

New Orleans, Louisiana, this ___13th___ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE